Oddee SMITH and Mabel B. Smith,
Petitioners-Appellees,

v.

COMMISSIONER OF INTERNAL REV-
ENUE, Respondent-Appellant.

No. 71–1978
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

March 22, 1972.

Scott P. Crampton, Asst. Atty. Gen.,
Tax Div., U. S. Dept. of Justice, K.
Martin Worthy, Chief Counsel, I.R.S.,
Acting Asst. Atty. Gen., Meyer Roth-
wacks, Ernest J. Brown, Daniel B.
Rosenbaum, Attys., Tax Div., Dept. of
Justice, Washington, D. C., Johnnie M.
Walters, Asst. Atty. Gen., for respondent-
appellant.

Lauch M. Magruder, Jr., Charles L.
Brocato, Jackson, Miss., for petitioners-
appellees.

Before JOHN R. BROWN, Chief
Judge, and INGRAHAM and RONEY,
Circuit Judges.

PER CURIAM:

We vacate the decision of the Tax
Court and remand this case for recon-
sideration in light of United States v.
Generes, 1972, 405 U.S. 93, 92 S.Ct.
827, 31 L.Ed.2d 62.

Vacated and remanded.

* Rule 18, 5 Cir.; see Isbell Enterprises,
Inc. v. Citizens Casualty Co. of New
York et al., 5 Cir., 1970, 431 F.2d 409.